# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

V.                                  **CASE NO. 5:25-CR-50020**

**CHASITY LEWIS-ADAMS**                                                     **DEFENDANT**

## ORDER MODIFYING BOND CONDITIONS

Now before the Court is Defendant Chasity Lewis-Adams's Motion to Modify Conditions of Release. The Government has advised the Court that it objects to Defendant's Motion. Defendant was granted conditional pre-trial release to participate in a 28-day residential substance abuse treatment program at Gateway Recovery beginning on April 1, 2025. She is expected to complete that program a few days early, April 25, and seeks a modification of her conditions of release to allow her to move to a sober-living facility upon completion of inpatient treatment, rather than returning to U.S. Marshal custody. The Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that, upon successful completion of inpatient treatment at Gateway Recovery on April 25, Defendant shall travel directly from Gateway Recovery to her court appearance at Benton County Drug Court the same day, and from there directly to the care, custody, and control of the P.E.A.R.L. Recovery Residence in Rogers, Arkansas.

While on release to the P.E.A.R.L. Recovery Residence, Defendant shall abide by the following additional conditions:

(1) She shall be restricted to the Recovery Residence at all times except for state and federal probation obligations; court appearances; employment (excluding

1

overnight work); the P.E.A.R.L. Office; 12-step meetings; group grocery store trips; or other essential activities as approved in advance by the probation officer.

(2) She must submit to drug testing as conducted by P.E.A.R.L. and her results must be immediately reported to the U.S. Probation Office.

(3) P.E.A.R.L. must immediately report any non-compliance with its rules or with these conditions to the U.S. Probation Office.

**IT IS SO ORDERED** on this 23rd day of April, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE